Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

08 MAR -5 PM 1:52

## SOUTHERN DISTRICT OF CALIFORNIA

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

DEPUTY

**'08 MJ 0683**

Magistrate Case Number: _____

The person charged as   Solomon N. Powell _____   now appears before this United States

District Court for an initial appearance as a result of the following charges having been filed in the United States

District Court for the   Eastern District _____   District of   Virginia (Richmond Division) _____

with   Mail Fraud and Wire Fraud _____ ,   in

violation of   Title 18 USC 1341, 1342, 1343 and Title 28 USC 2461 (c) Mail Fraud, Wire Fraud, and Forfeiture

_____

_____

The charging documents and the warrant of the arrest of the defendant which was issued by the above

United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information and belief.

DATED:  3/5/08 _____ .

Hilary A. Smith, Postal Inspector   *Hilary A. Smith*

_____
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated:   March 5, 2008 _____

*Charlotte E. Kaiser*
_____
Assistant United States Attorney

AO 442 (Rev.6/96-EDVA) Warrant for Arrest

# United States District Court

## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

### WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

SOLOMON N. POWELL

CRIMINAL ACTION
NUMBER: 3:07CR324

To: The United States Marshal and/or any Authorized United States Officer

You are **HEREBY COMMANDED** to **ARREST** <u>SOLOMON N. POWELL</u> and bring him/her to the nearest United States Magistrate Judge to answer a(n)

    <u>X</u> **INDICTMENT** ___ Criminal Information ___ Complaint ___ Order of Court
___ Petition on Supervised Release ___ Petition on Probation ___ Violation of Pretrial Release

**charging him/her with (brief description of offense): WIRE FRAUD; MAIL FRAUD; FORFEITURE ALLEGATION**

In Violation of Title <u>18</u> United States Code, Section(s) <u>1343 and 18:1341 & 28:2461(c)</u>

<u>C N. Garner</u>
Name of Issuing Officer

<u>Deputy Clerk</u>
Title of Issuing Office

*(signature)*
Signature of Issuing Officer

<u>September 6, 2007 - Richmond, VA</u>
Date and Location

**Bail Fixed at $ <u>N/A</u>**

By: _____
Name of Judicial Officer

| This warrant was received and executed with the arrest of the above-named defendant at: | | |
|---|---|---|
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:07CR 324 (JRS) |
| | ) | |
| | ) | 18 U.S.C. §§ 1343 and 2 |
| v. | ) | Wire Fraud |
| | ) | (Counts 1-8) |
| | ) | |
| | ) | 18 U.S.C. §§ 1341 and 2 |
| SOLOMON N. POWELL | ) | Mail Fraud |
| | ) | (Counts 9-11) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

September 2007 Term - At Richmond, Virginia

## INTRODUCTION

1.      GoDaddy.com is a domain name registrar and is the flagship company of The Go Daddy Group, Inc., which is located at 14455 North Hayden Road in Scottsdale, Arizona. GoDaddy accepts applications from individuals or entities wishing to register a domain name that is under GoDaddy's control.   GoDaddy also provides website creation, hosting, marketing, and management support to its customers.

2.      On or about the dates set forth below, Defendant SOLOMON N. POWELL registered the following domains on and through GoDaddy.com.  These domains were maintained by GoDaddy.com on servers located in Arizona.

| Date (on or about) | Business Name and Domain Name | Contact Address, Telephone Number, and Email |
|---|---|---|
| February 13, 2006 | Best Bargains USA<br><br>BESTBARGAINSUSA.BIZ | 2004 National Street<br>Richmond, Virginia 23231<br><br>(804) 253-7246<br><br>solopow@hotmail.com |

| Date (on or about) | Business Name and Domain Name | Contact Address, Telephone Number, and Email |
|---|---|---|
| September 28, 2006 | Stuff 2 Sell<br><br>STUFF2SELL.BIZ | 2004 National Street<br>Richmond, Virginia 23231<br><br>(804) 253-7246<br><br>solopow@hotmail.com |
| November 29, 2006 | Stuff 2 Buy<br><br>STUFF2BUY.BIZ<br>STUFF2BUYUSA.COM | 2004 National Street<br>Richmond, Virginia 23231<br><br>(804) 253-7246<br><br>solopow@hotmail.com |

3.    eBay is a website that serves as an auction house facilitating online transactions between buyers and sellers of goods and services. Individuals can establish a User Identification (User ID) on the eBay system and operate through that User ID to sell goods, including electronics equipment. Posting an item for sale on eBay involves the electronic transfer of data by way of a wire transmission between the computer of the seller and the computer servers of eBay. eBay maintains servers in Centennial, Colorado; San Jose, California; and Santa Clara, California. eBay servers store data received from eBay sellers and transmits data to eBay buyers who are interested in bidding or reviewing the item up for auction.

4.    On or about the dates set forth below, POWELL registered the following User ID's on the eBay system:

| Date (on or about) | Business Name and User ID | Contact Address, Telephone Number, and Email |
|---|---|---|
| June 12, 2003 | Quantum Electonics<br><br>quantumshop | P.O. Box 321<br>Richmond, Virginia 23218<br><br>(804) 247-0185<br><br>quantum@msn.com |

| Date (on or about) | Business Name and User ID | Contact Address, Telephone Number, and Email |
|---|---|---|
| August 12, 2003 | Solomon Powell<br><br>solnov2003 | 2004 National Street<br>Richmond, Virginia 23231<br><br>(804) 247-0185<br><br>quantumshop@yahoo.com |

5.     PayPal is a service that individuals buying items via the Internet can use to pay for products with a credit card or directly from their bank account.  Individuals selling products via the Internet can receive the proceeds of the sale as an electronic transfer to their PayPal account. Users of PayPal services can transfer money from their PayPal account to their bank account. PayPal transactions are processed through servers located in Omaha, Nebraska; San Jose California; and Phoenix, Arizona.

6.     On or about the dates set forth below, POWELL established a PayPal account for internet transactions:

| Date (on or about) | Business Name | Contact Address, Telephone Number, and Email |
|---|---|---|
| August 12, 2006 | Best Bargains USA | P.O. Box 72692<br>Richmond, Virginia 23235<br><br>(804) 253-7246<br><br>bestbargainsusa@gmail.com |

| Date (on or about) | Business Name | Contact Address, Telephone Number, and Email |
|---|---|---|
| June 20, 2003 | Quantum Electronics | P.O. Box 321<br>Richmond, Virginia 23218<br><br>2004 National Street<br>Richmond, Virginia 23231<br><br>5604 Tumbleweed Drive<br>Richmond, Virginia 23228<br><br>P.O. Box 12484<br>Richmond, Virginia 23241<br><br>(804) 396-3125<br><br>quantumstore@hotmail.com |

7.    On or about the dates set forth below, POWELL registered a Merchant Account with American Express. American Express processes all of its transactions through Phoenix, Arizona.

| Date (on or about) | Business Name | Contact Address |
|---|---|---|
| May 11, 2006 | Best Bargains USA | 2004 National Street<br>Richmond, Virginia 23231 |
| January 7, 2003 | Quantum Electronics | 2004 National Street<br>Richmond, Virginia 23231 |
| October 18, 2006 | Stuff 2 Sell | 2711 Buford Road, No. 356<br>Bon Air, Virginia 23235 |

## COUNTS ONE THROUGH EIGHT

THE GRAND JURY CHARGES THAT:

1.     The Grand Jury realleges and incorporates by reference the Introduction section contained above, as if fully set forth herein.

2.     From on or about February 13, 2006, through on or about February 19, 2007, in the Eastern District of Virginia and elsewhere, defendant SOLOMON N. POWELL and others unknown to the Grand Jury, knowingly devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, which scheme and artifice, and the execution thereof, operated in substance as follows:

## THE SCHEME AND ARTIFICE

3.     The object of the defendant's scheme and artifice was to obtain monies by fraudulent means from persons seeking to use internet websites to buy various goods, including laptop computers, cameras, electronic game consoles, iPods, and other electronic products.

4.     It was a part of the defendant's scheme and artifice to establish websites through GoDaddy.com and accounts on the auction website eBay for use in offering various electronic products for sale on the internet.

5.     It was further a part of the defendant's scheme and artifice to operate through the websites and offer to sell and to sell electronic goods that the defendant had no intention of supplying to victims.

6.     It was further a part of the defendant's scheme and artifice to make false promises and representations indicating that the electronic goods would be delivered following receipt of a victim's payment.

7.     It was further a part of the defendant's scheme and artifice that the defendant attempted to obtain money from victims through false, fraudulent, and misleading

5

representations, pretenses, and promises which were made to induce the victims to send payments and then abandon the transaction without receiving the electronic goods. These false, fraudulent and misleading representations and promises included, but were not limited to the following:

> (a)    That the electronic products listed on the web sites were in stock and available for delivery once payment was provided.
>
> (b)    That the defendant intended to send the electronic products purchased by the victims, as opposed to less valuable goods or products that had been tampered with prior to delivery.
>
> (c)    That the items had been shipped as evidenced by false shipping tracking numbers or electronic messages.

8.    It was further a part of the defendant's scheme and artifice that the defendant would sometimes speak with victims on the telephone regarding the status of their orders. During those conversations, POWELL would sometimes use different names to disguise his identity.

9.    It was further a part of the defendant's scheme and artifice that the defendant caused victims to send payment by wire transfer, credit card, PayPal, or United States mail.

10.    It was further a part of the defendant's scheme and artifice that after receiving victims' payments, the defendant through interstate e-mails and telephone conversations lulled the victims into a false sense of security that the merchandise would be shipped.

## WIRE FRAUD IN CONNECTION WITH THE SCHEME

11.    On or about the dates set forth below, in the Eastern District of Virginia and elsewhere, defendant SOLOMON N. POWELL, aided and abetted by other persons unknown to the Grand Jury, with the intent to defraud and for the purpose of executing a scheme and artifice to defraud and to obtain money and property from the individuals set forth below through materially false representations in connection with the scheme set forth above, did knowingly

6

cause to be transmitted, in interstate commerce, by means of wire communications, certain

writings, signs, signals and sounds associated with the posting of sales information on the

internet websites and the monetary transfers described below:

| Count | Date (on or about) | Victim | Defendant's Website Business Contacted by Victim | Details of Transaction |
|---|---|---|---|---|
| 1 | February 23, 2006 | J.D. Chicago, Illinois | Best Bargains USA | J.D. agreed to purchase five Apple 2 GB iPod Nanos for S499.95 and a Best Bargains Retail Membership for $39.99 from Best Bargains USA. J.D. transferred payment to Best Bargains USA via PayPal on February 23, 2006. J.D. received email notification that the transaction had been processed and that the electronic products would be shipped. J.D. never received the iPods. |
| 2 | July 11, 2006 | P.H. of iNet Electronix, LLC Richmond, Virginia | Best Bargains USA | P.H. agreed to purchase 30 Apple iPods, 1 Philips 42-inch plasma television, and 1 Sony Playstation portable for $9,825.04. On July 11, 2006, P.H. transferred $9,900.00 to Best Bargains USA via wire transfer to a SunTrust Bank business checking account in the name of "Solomon Powell d/b/a Quantum Electronics." Following numerous email exchanges regarding delays in delivery, P.H. received six Apple iPods and an incorrect version of the Sony Playstation. P.H. was later able to reverse the wire transfer by working through SunTrust bank officials. |
| 3 | July 19, 2006 | P.H. of iNet Electronix, LLC Richmond, Virginia | Best Bargains USA | P.H. agreed to purchase 35 Apple iPods, 1 Philips 42-inch plasma television, and 85 X-Box video games for $9,721.53. On July 19, 2006, P.H. wire transferred payment to Best Bargains USA via wire transfer to a SunTrust Bank business checking account in the name of "Solomon Powell d/b/a Quantum Electronics." Following numerous email exchanges regarding delays in delivery, P.H. received five Apple iPods. P.H. was later able to reverse the wire transfer by working through SunTrust bank officials. |

| Count | Date (on or about) | Victim | Defendant's Website Business Contacted by Victim | Details of Transaction |
|---|---|---|---|---|
| 4 | August 11, 2006 | M.R. Rockville Centre, New York | Best Bargains USA | M.R. agreed to purchase a Sony VAIO VGN-UX180P Ultraportable Mico PC for $1,414.11 from Best Bargains USA. M.R. made the payment to Best Bargains USA via American Express credit card on August 11, 2006. M.R. received email notification that the transaction was being processed and later received United Parcel Service (UPS) tracking numbers for the order. M.R. never received the computer, but later received a Toshiba DVD player that she never ordered. |
| 5 | August 7, 2006 | J.H. Cocoa, Florida | Best Bargains USA | J.H. agreed to purchase a Sony VAIO VGN-UX180P Ultraportable Mico PC for $1,395.19 from Best Bargains USA. J.H. made the payment to Best Bargains USA via Chase Bank Visa credit card on August 7, 2006. J.H. received email notification that the transaction was being processed. J.H. never received the computer. |
| 6 | November 20, 2006 | J.L. Maineville, Ohio | Stuff 2 Sell | J.L. agreed to purchase 11 Canon PowerShot SD600 digital cameras for $1959.45 from Stuff 2 Sell. J.L. made the payment to Stuff 2 Sell via American Express credit card on November 20, 2006. J.L. received only two Canon PowerShot SD600 cameras. |
| 7 | February 15, 2007 | C.P. Flint, Michigan | Stuff 2 Buy USA | C.P. agreed to purchase one HP Pavilion computer for $679.99 from Stuff 2 Buy USA. C.P. transferred payment to Stuff 2 Buy USA via PayPal on February 15, 2007. C.P. received email notification that the computer would be shipped by United Parcel Service (UPS). C.P. received a different model computer that had been previously opened. After sending the incorrect computer back, C.P. never received the computer she ordered. |

| Count | Date (on or about) | Victim | Defendant's Website Business Contacted by Victim | Details of Transaction |
|---|---|---|---|---|
| 8 | February 19, 2007 | E.L. Foster City, California | Stuff 2 Buy USA | E.L. agreed to purchase one Apple 80 GB iPod for $311.04 from Stuff 2 Buy USA. E.L. transferred payment to Stuff 2 Buy USA via PayPal on February 19, 2007. E.L. received email notification that the transaction was being processed and that the iPod would be shipped by USPS priority mail.  E.L. never received the iPod. |

(All in violation of Title 18, United States Code, Sections 1343 and 2).

9

## COUNTS NINE THROUGH ELEVEN

THE GRAND JURY FURTHER CHARGES THAT:

1.    The Grand Jury realleges and incorporates by reference the allegations contained in Count One paragraphs 1 through 10 as if fully set forth herein.

## MAIL FRAUD IN CONNECTION WITH THE SCHEME

2.    On or about the dates set forth below, in the Eastern District of Virginia and elsewhere, defendant SOLOMON N. POWELL, aided and abetted by other persons known and unknown to the Grand Jury, with the intent to defraud and for the purpose of executing a scheme and artifice to defraud and to obtain money and property from the individuals set forth below through materially false representations in connection with the scheme set forth above, did knowingly cause to be placed in an authorized depository for mail matter to be sent and delivered by the United States Postal Service, according to the directions thereon, items in the manner described below, each transaction constituting a separate charge in this indictment:

| Count | Date (on or about) | Victim | Defendant's Website Business Contacted by Victim | Details of Transaction |
|-------|--------------------|--------|--------------------------------------------------|------------------------|
| 9 | May 16, 2006 | H.P. New Fairfield, Connecticut | Best Bargains USA Quantum Electronics | H.P. agreed to purchase an X-Box 360 game console from Best Bargains USA for $549.99. H.P. wrote a personal check in the amount of $549.99, made payable to Quantum Electronics. On or about May 16, 2006, H.P. mailed the check as instructed to P.O. Box 72692, Richmond, Virginia via the United States Postal Service. The check was later deposited into a SunTrust Bank account controlled by POWELL, doing business as Quantum Electronics. H.P. did not receive the X-Box 360. |

10

| Count | Date (on or about) | Victim | Defendant's Website Business Contacted by Victim | Details of Transaction |
|---|---|---|---|---|
| 10 | June 28, 2006 | A.S. Greenville, California | Best Bargains USA  Quantum Electronics | A.S. agreed to purchase an X-Box 360 Premium Platinum Bundle from Best Bargains USA for $649.00. A.S. wrote a check in the amount of $649.00, made payable to Quantum Electronics. On or about June 28, 2006, A.S. mailed the check as instructed to P.O. Box 72692, Richmond, Virginia via the United States Postal Service. The check was later deposited into a SunTrust Bank account controlled by POWELL, doing business as Quantum Electronics. Following many telephone calls, A.S. received an X-Box 360 game console without the games and other bundle items included in her original order. |
| 11 | September 15, 2006 | A.A. Windsor, Virginia | Best Bargains USA  Quantum Electronics | A.A. agreed to purchase a Compaq Presario Notebook computer from Quantum Electronics for $428.94. A.A. wrote a personal check in the amount of $428.94, made payable to Quantum Electronics. On or about September 15, 2006, A.A. mailed the check as instructed to P.O. Box 72692, Richmond, Virginia via the United States Postal Service. The check was later negotiated by POWELL. A.A. did not receive the computer. |

(All in violation of Title 18, United States Code, Sections 1341 and 2).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is hereby notified that, if convicted of the offenses alleged in Counts One through Eleven the defendant shall forfeit to the United States his interest in any property constituting, or derived from, proceeds obtained directly or indirectly as the result of such violation(s), including but not limited to the following:

> **the sum of $7,872.31 U.S. currency, representing the contents of SunTrust Bank account #1000049047649 (07-USP-000426) and**

> **the sum of $8,431.02 U.S. currency, representing the contents of SunTrust Bank account # 1000049047656 (07-USP-000427).**

If property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with 18 U.S.C. §§ 982 (a)(2), 981 (a)(1)(C) and 28 U.S.C. § 2461 (c).)

A TRUE BILL
Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By:  _____
Michael R. Gill
Assistant United States Attorney

13