Minutes of the United States District Court
Southern District of California
**MARCH 13, 2008**

Hon. **CATHY ANN BENCIVENGO**     Deputy Clerk: **L. HERNANDEZ**

---

TAPE NO. CAB08-10:15-10:17

```
08MJ0683-CAB       USA     vs.     SOLOMON N POWELL (1)(C) 07439298

DETENTION HRG/                     MICHAEL LITTMAN, CJA
REMOVAL & IDENTITY
HEARING                            AUSA: CHARLOTTE KAISER
```

---

DETENTION HRG NOT HELD.
[-1] MOTION TO DETAIN - MOOT

REMOVAL & IDENTITY HEARING HELD.
DFT WAIVES REMOVAL/IDENTITY HEARING; WAIVER FILED.
COURT ORDERS DFT REMOVED TO EASTERN DISTRICT OF VIRGINIA (RICHMOND);
WARRANT OF REMOVAL ISSUED TO USM; DFT TO BE TRANSPORTED FORTHWITH.

COURT FURTHER DETAINS DFT PENDING TRIAL WITHOUT PREJUDICE; ORDER FILED.