# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
08 APR -8 PM 3:25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

FILED
APR 2 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

W. Samuel Hamrick, Jr.
Clerk of Court

March 25, 2008

Clerk, U.S. District Court
Eastern District of Virginia
193 Walter E. Hoffman,
United States Courthouse,
600 Granby Street
Norfolk, VA 23510-1915

RECEIVED
APR - 2 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Re: 08mj683 CAB, USA v. Solomon Powell

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | x | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| | Personal Surety Bond | | |
| x | Other Removal/ID Hearing Minutes | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/ J. Jocson
Jenelynn Jocson, Deputy Clerk